**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Angel QUINTANA, Defendant–**
**Appellant.**

No. 01–7744.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 11, 2002.

Angel Quintana, Pro Se. John Howarth Bennett, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Angel Quintana seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record, the district court's opinion, and Quintana's informal brief filed in this court. Because Quintana does not challenge on appeal the district court's finding that his § 2255 motion was time-barred, he has not preserved that issue for our review. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Quintana*, Nos. CR–98–94; CA–01–172–F (E.D.N.C. filed Sept. 19, 2001 & entered Sept. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*